1
2
3
4                    UNITED STATES DISTRICT COURT
5                   NORTHERN DISTRICT OF CALIFORNIA
6
7    SCOTT JOHNSON,                          Case No.  21-cv-03286-SVK
8                 Plaintiff,
9          v.                               **ORDER SETTING DEADLINE FOR**
                                            **MOTION FOR DEFAULT JUDGMENT**
10   DUKE OF EDINBURGH, INC.,
11                Defendant.
12          Scott Johnson ("Plaintiff") filed his Complaint on May 4, 2021 and moved for entry of

13   default on September 23, 2021.  Dkt. Nos. 1, 18.  The Clerk of Court entered default as to

14   Defendant Duke of Edinburgh, Inc. on September 27, 2021.  Dkt. 19.  There has been no activity

15   since default was entered.  Accordingly, Plaintiff has until April 25, 2022, to file a motion for

16   default judgment.  **FAILURE TO FILE BY THIS DATE WILL RESULT IN THE CASE**

17   **BEING DISMISSED FOR FAILURE TO PROSECUTE**.  There will be no further notification

18   regarding dismissal, and this deadline will not be extended.

19          **SO ORDERED.**

20   Dated: April 4, 2022

21
22
23                                          SUSAN VAN KEULEN
                                            United States Magistrate Judge
24
25
26
27
28

United States District Court
Northern District of California