UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SCOTT JOHNSON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DUKE OF EDINBURGH, INC.,<br><br>　　　　　Defendant. | Case No.  5:21-cv-03286-EJD<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**<br><br>Re: Dkt. Nos. 21, 25 |

Pursuant to 28 U.S.C. § 636(b)(1)(C), the court has reviewed the entire record in this action, as well as the Report and Recommendation of the United States Magistrate Judge. No objections to the Report and Recommendation have been received.

**IT IS ORDERED:** (1) that the Report and Recommendation of the United States Magistrate Judge be accepted; (2) that default judgment be entered in favor of Plaintiff Scott Johnson; (3) that Plaintiff be awarded statutory damages in the amount of $4,000; (4) that Plaintiff be awarded attorneys' fees in the amount of $1,475; (5) that Plaintiff be awarded costs in the amount of $437; and (6) that an injunction be issued that requires Defendant to provide toe and knee clearance for the dining surfaces at the Restaurant.

**IT IS FURTHER ORDERED** that the Clerk of the Court serve copies of this Order on the Parties.

**IT IS SO ORDERED.**

Dated: October 7, 2022

　　　　　　　　　　　　　　　　　　　　　　　　　　EDWARD J. DAVILA
　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge